In the Matter of KATHERYN A. OECHLER, Appellant, against MARK GRAVES et al., Constituting the State Tax Commission of the State of New York, Respondents.

Argued October 5, 1944; decided November 16, 1944.

*Herman Block* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.